IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 4:08cr29-SPM

MELISSA FRANCES WILLIAMS,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, the Government's Motion to Continue Sentencing (doc. 144) is granted. Defendant Williams' sentencing hearing is rest for 1:30 p.m. on Tuesday, January 20, 2009, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 20th day of November, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge