IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:08cr29-SPM

MELISSA FRANCES WILLIAMS,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Stipulated Motion to Continue (doc. 233) is granted. Defendant's sentencing hearing his reset for 1:30 p.m. on March 23, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 14th day of January, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge