IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 4:08cr29-SPM

MELISSA WILLIAMS,

        Defendant.

_____/

### ORDER FOR OUTPATIENT MENTAL EXAMINATION

For good cause shown, Defendant's Motion for Mental Examination (doc. 352) is granted.  It is further

ORDERED AND ADJUDGED:

1.      Pursuant to 18 U.S.C. § 4247(b), the Attorney General shall provide that Defendant be examined by a local, licensed or certified psychiatrist or psychologist, to be agreed upon by the parties.  There is no necessity for Defendant to be committed to the custody of the Attorney General for the examination.

2.      Such examination shall determine, pursuant to 18 U.S.C. §§ 4241, and 4247(b) and (c), whether at this time there is reasonable cause to believe

that Defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.  This examination shall be conducted as soon as practicable.

3.     The examining psychiatrist or psychologist shall render as soon as practicable, but not later than 30 days from the date of this order, a written report with respect to the matters set forth above.  This report shall be filed with this court and copies shall be served upon the attorneys for Defendant and the Government.  The report shall include:

a.     Defendant's history and present symptoms;

b.     A description of the psychiatric, psychological, and medical tests that were employed and their results;

c.     The examiner's findings; and

d.     The examiner's opinion as to diagnosis, prognosis, and whether Defendant suffers from a mental disease or defect to the extent that she is unable to understand the nature and consequences of the proceedings against her or to properly assist in her defense.

4.     On or before April 3, 2009, the Government shall file a report on the status of the examination that shall include the name of the examiner agreed upon by the parties and the expected date for the examination.

DONE AND ORDERED this 19th day of March, 2009.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge