IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.: 4:08cr29-SPM

MELISSA FRANCES WILLIAMS,

    Defendant.
_____/

### ORDER OF COMPETENCY

This cause comes before the Court on Defendant's Stipulated Motion for Entry of Order Determining Defendant Competent to Proceed. Doc. 384. The parties have had an opportunity to review the psychological evaluation (doc. 394) and agree with the finding that Defendant is competent. Upon its own review, the Court finds all reasonable doubts have been dispelled as to Defendant's competency. Defendant understands the nature and consequences of the proceedings against her and can assist properly in her defense. Accordingly, it is

    ORDERED AND ADJUDGED

    1.    The motion (doc. 384) is granted.

    2.    Defendant Melissa Frances Williams is competent to proceed with this case.

    DONE AND ORDERED this 13th of May, 2009.

                                 *s/ Stephan P. Mickle*
                                 Stephan P. Mickle
                                 United States District Judge